IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SHAWN TAYLOR,**
    **Plaintiff,**

vs.                          Case No.: 3:09cv108/MCR/MD

**ADDISON PLACE APARTMENTS, et al.,**
    **Defendants.**
_____

## REPORT AND RECOMMENDATION

    **Plaintiff, proceeding *pro se*, initiated this action on March 17, 2009 by filing a complaint under 42 U.S.C. § 1983 and/or the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.* (Doc. 1). She also filed a motion to proceed *in forma pauperis*. (Doc. 2). An amended complaint was filed on March 20, 2009. (Doc. 4).**

    **On March 24, 2009, the court entered an order denying plaintiff's motion to proceed *in forma pauperis* without prejudice to her refiling it with a complete financial affidavit. (Doc. 8). Plaintiff was ordered to either pay the $350.00 filing fee or file a complete motion to proceed *in forma pauperis* within thirty days. Plaintiff was also ordered to file a second amended complaint to correct deficiencies in her amended complaint. (*Id.*). Thereafter, plaintiff submitted a second amended complaint, (doc. 9); however, she failed to comply with the remaining portion of the March 24, 2009 order requiring her to either pay the filing fee or submit a new application to proceed *in forma pauperis*.**

    **Accordingly, on May 4, 2009 the court entered an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for her failure to prosecute and failure to comply with an order of the court. (Doc. 13). Over**

twenty days has elapsed, and plaintiff has neither responded to the order to show cause nor complied with the financial portion of the March 24, 2009 order.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

DONE AND ORDERED this 29th day of May, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).